

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00212-CR

Sean Leroy **HAYS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-0232-CR-A
Honorable William Old, Judge Presiding

# O R D E R

The reporter's record in this case was originally due on July 24, 2019. This court granted court reporter Patricia Wagner's first request for an extension of time to file the record until August 23, 2019. On September 5, 2019, this court granted Ms. Wagner's second request for an extension of time to file the record until September 23, 2019. In the September 5 order, the court advised Ms. Wagner that further requests for extension of time to file the reporter's record would be disfavored and ordered that any further requests for extension be accompanied by a signed, written status report complying with the order.

On September 30, 2019, Ms. Wagner filed a third request for an additional thirty (30) days to file the reporter's record. The request is not accompanied by a signed, written status report complying with this court's September 5 order. Accordingly, it is ORDERED that Ms. Wagner file a signed, written status report using the form attached to the September 5 order by no later than ten (10) days from the date of this order; if she fails to do so, her latest request for an extension of time to file her portion of the reporter's record will be denied and her portion of the reporter's record will be due.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.



LUZ ESTRADA,
Chief Deputy Clerk